# COURT MINUTES

Page 7

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 6/23/2022    Time: 10:00 a.m.

---

**Defendant:** 1) Eladio Vega    **J#:** 07552-506    **Case #:** 19-CR-20674-GAYLES

**AUSA:** Frank Tamen    **Attorney:** George T. Pallas (TEMP)

**Violation:** CONSPIRACY TO DELIVER MISBRANDED/ADULTERATED DRUGS/CONSPIRACY TRAFFIC IN MEDICAL PRODUCTS W/ FALSE DOCUMENTATION/CONSPIRACY TO COMMIT MONEY LAUNDERING/MONEY LAUNDERING

**Proceeding:** Report Re: Counsel/ARRAIGNMENT/PTD    **CJA Appt:**

**PTD Held:** ☒ Yes  ☐ No    **Recommended Bond:**

**Bond Set at:** $750K PSB w/ co-signers, $500K 10% Nebbia    **Co-signed by:** Yamil Hernandez, Eladio Vega Sr, Horensia Asen

- ☒ Surrender and/or do not obtain passports/travel docs
- ☒ Report to **PTS as directed**/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☒ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☒ Refrain from excessive use of alcohol or controlled sub w/o prescription
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☒ No contact with victims/witnesses (list needs to be provided)
- ☒ No firearms
- ☒ Not to encumber property- re: co-signers
- ☒ May not visit transportation establishments
- ☒ Home Confinement - **PTS discretion** as to Electronic Monitoring Curfew ___ pm to ___ am, paid by Defendant
- ☒ Allowances: Medical needs, court appearances, attorney visits, religious, **employment only the Vicky Bakery in Boca Raton**
- ☐ Travel extended to:
- ☒ Other: Leaving the home in order to address business related re: Vicky Bakery in Boca Raton) Need to submit to the AUSA and PTS for review to retain approval.

**Language:** English

**Disposition:**
Brady Order given. Reading of Indictment WAIVED. Not Guilty plea entered. Jury Trial demanded. Standing Discovery Order requested. All further proceedings before Judge Gayles. Counsel stated in Open court that he will be filing a PERM appearance. Pretrial Detention held. Witness, Jan Rudi (Special Agent/ FDA) sworn and testfied. The Court denied the Government request for PTD. The Court set 2 bonds- $750,000 Personal Surety Bond with co-signers, $500,000 with 10% with Nebbia. Bond paperwork due by 6/27/22.

Time from today to ___ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

**D.A.R.** 14:31:14    Time in Court: 33 mins.